

**ORDERED in the Southern District of Florida on April 21, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  JACKO, KEVIN                                        Case No. 13-30514 BKC PGH
                                                            Chapter 13

_____Debtors_____/

## ORDER GRANTING DEBTOR'S MOTION TO WAIVE WAGE DEDUCTION REQUIREMENTS

This matter came on for hearing on April 10, 2014 upon the Debtor's Motion to Waive Wage Deduction Order Requirement and the court having reviewed the file,

IT IS ORDERED THAT:

1. The requirement of the Debtors in regard to a wage deduction order is waived.

2. The Debtors will make monthly plan payments directly to Trustee Robin Weiner in accordance with her procedures.  If the debtor falls behind with the payments, a wage deduction order will be entered.

###

Alan J. Fisher, Esq. is instructed to mail a conformed copy of this Order to all creditors and interested parties and file a certificate of service with the Court.